**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SPECIALIZED TRANSPORTATION**
**OF TAMPA BAY, INC.,**

    **Plaintiff,**

v.                                                      **Case No.  8:06-CV-421-T-30EAJ**

**NESTLE WATERS NORTH AMERICA,**
**INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Stay Consideration of Plaintiff's Motion for Partial Summary Judgment as to Count V of the Complaint (Dkt. 48) and Plaintiff's response in opposition thereto (Dkt. 51).  Defendant asserts that Plaintiff's dispositive motion is premature because when Defendant filed its motion for a stay, its motion to compel and request for an extension of time in which to conduct discovery, filed after the discovery period expired, remained pending.  Defendant argues that its "response to [Plaintiff's] motion for partial summary judgment should await the determination of that motion and if it is granted, the completion of discovery" (Dkt. 48 at 8).

An order was entered on November 8, 2007, granting Defendant's motion to compel the production of documents related to its damages to the extent that Plaintiff was ordered to produce legible and complete copies of its commercial loan security agreements for the

subject equipment and a copy of its 2006 tax return, with supporting documents. Defendant's request for an extension of the discovery deadlines for the purpose of conducting additional depositions was, however, denied. On November 13, 2007, Defendant filed a Motion for Partial Summary Judgment as to Count V of the Complaint (Dkt. 53) and its response in opposition to Plaintiff's Motion for Partial Summary Judgment (Dkt. 54).

In light of these developments, it is ORDERED AND ADJUDGED that Defendant's Motion to Stay Consideration of Plaintiff's Motion for Partial Summary Judgment (Dkt. 48) is **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on November 16, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-421 Deny Motion to Stay.frm