EXHIBIT F

# SPECIALIZED TRANSPORT
# OF
# TAMPA BAY, INC.

RESPONSE TO

# NWNA LEGAL DEPARTMENT LETTER
## DATED AUGUST 21, 2003

P.O.C.  B.WEBB / PRESIDENT
PHONE # (813) 478-8023



SPEC 00034

# SPECIALIZED TRANSPORT OF TAMPA BAY, INC.

5614 EAST POWHATAN AVENUE ◆ TAMPA, FLORIDA 33610 ◆ OFFICE 813-626-4166 ◆ FAX 813-620-4448

September 3, 2003

Judith J Steckler, Legal Department
Nestle Waters North America, Inc
777 West Putnam Avenue
P O Box 2313
Greenwich CT 06836-5091

RE: Your letter via fax dated August 21, 2003

Dear Ms. Steckler:

1) In regards to your letter referenced above, your paragraph #2, page 2, all original POD's have been provided to CASS per NWNA contractual instructions, see attachment #1 of Exhibit "A". In accordance with NWNA directives all original POD's were provided to NWNA via CASS, see attachment #2 of Exhibit "A" for directive. All POD's in question were submitted (to the plant at Zephyrhills) three (3) times, see attachment #3 of Exhibit "A", for e-mail transmittals from Specialized Transport and communications back and forth regarding outstanding invoices and POD's. Tracy Broers and Renee Pinero from our company, at the time, hand delivered to Christy McIntosh and Terri Heacock, in October of 2002, copies of all POD's and invoices in question. Dr. Hines and Charles Carver hand delivered the documents to Brian in December 2002, and Brenda Joiner from our office sent Tracy a complete copy of all POD's in February of 2003. Finally, You have proof of all originally signed POD's (through your vendor CASS, as required by your directives) sent to CASS by Specialized Transport that can be verified <u>on-line</u>. We checked verification of POD's on-line and found only four (4) not verifiable through this "approach", therefore we will provide you with POD's for invoices ZH25666, ZH25672, ZH28262 and ZH28048. Proof of delivery could also be determined by accounts receivable of Zephyrhills itself. If Zephyrhills has been paid for the product related to these deliveries, there is no question of delivery status.

2) In regards to your paragraph #3, we are aware of these damages and will satisfy them once we have agreed to all damages incurred by Specialized Transport due to a breach of verbal/contractual terms and agreements.

SPEC 00035

3) In regards to your paragraph #4, see attachment #4 of Exhibit "A", a partial settlement agreement for this claim (by the insurance company) has not yet been received. We are waiting for payment by the insurance company to determine actual cost or losses not covered by insurance. Time delay for the settlement is due to the expectation that the trailer might have been recovered by law enforcement efforts.

4) In regards to your paragraph #5, a "heated" telephone conversation: During the phone conversation Mr. Webb did not become heated, he was merely attempting to make Mr. Boermeester understand that Specialized Transport was unwilling to pay a freight claim of $2,400 that had been charged to Specialized Transport less than forty-five (45) days prior to this conversation, when Specialized Transport had repeatedly been attempting to collect freight charges over $100,000 that were well over 120 days old. Mr. Boermeester became heated when he explained to Mr. Webb he would not discuss the monies due to Specialized Transport in conjunction to the monies due Zephyrhills Spring Water, regardless of amount and number of attempts to collect. Mr. Webb calmly explained to Mr. Boermeester that it would be much easier for a small company, like Specialized, to pay the $2,400 if they were paid on a timely basis. Mr. Boermeester stated that the monies due Specialized Transport would take time to pay due to his concerns with his monthly profit and loss statement and the past due monies would be paid over a period of months, not immediately. He did however, demand the freight claim be paid immediately. When Mr. Webb refused, Mr. Boermeester became enraged and told Mr. Webb the relationship with Specialized Transport would be severed immediately. Before hanging-up he stated, "you people just don't get it, I'll show you what I can do" and hung up.

His tone and expression were indignant and condescending in terms of superiority. We found out later that Brian unloaded trailers that were scheduled to move that day, and told employees working under his supervision not to speak with Mr.Webb. Mr. Webb believes that his intent to ex-communicate him from speaking with anyone from NWNA resulted from an underlying negative bias. His opinion is based on communications that occurred the first time they met face to face, November 11, 2002. At the end of that meeting, Mr. Webb asked Mr. Boermeester what was the point of his short hair cut? Mr. Boermeester replied "I'm a skin head", he said it with a smile and it appeared to have been a joke??? He then replied that he was keeping in appearance with his boss (i.e. Ron Kane). Mr. Webb's opinion concerning the reason why an African/Indian American vendor (i.e. Specialized Transport) was displaced from doing business with NWNA is supported by the following facts:

Regardless of the excellent service, (see attachment #5 of Exhibit "A", performance scores by the Zephyrhills plant and written praises concerning service from all previous managers in that position) our service was always expressed as better than all carriers at that plant (witnesses: Joel Adams, Michelle Dickey, Charlie Crosuo, Wade Thomas and Christopher Casey)

**SPEC 00036**

- Regardless of <u>price</u>, we were the lowest priced carrier on most lanes <u>saving</u> NWNA anywhere from $10 to $50 per trip on local loads (i.e. less than 50 miles), and $25 to $100 per trip on longer loads (i.e. 50 miles or more).

- The argument that a heated conversation took place is not true.  The word conversation implies a two-way reaction; this is not at all true.   Brian took over like a "mad man" without provocation (witness: Charles Carver and a potential customer for Specialized Transport).

As a result of Brian Boermeester's actions Mr. Webb expects NWNA to honor the agreement between Specialized Transport and NWNA for non-compliance of paragraph #1 (see attachment #6 of Exhibit "A").  The up front monetary risk and cost of the doubles were provided to NWNA prior to the full initiation of the program. The consequences of terminating this effort on your part were discussed and agreed to between Specialized Transport and NWNA.

Finally, Mr. Boermeester contacted Charles Carver shortly after his conversation with Mr. Webb, where Mr. Carver was informed Specialized Transport trailers were being unloaded as they spoke.  Mr. Boermeester informed Mr. Carver they had 24 hours to remove their equipment from Zephyrhill's property.  Mr. Carver offered no argument to Mr. Boermeester demands because there was no ambiguity to his statement.

5) In regards to the six charts provided in your previous letter dated August 21, 2003 to Paul Bowen Esq., Paul Bowen, P.A., see attachment to this letter for our response.  If you have any questions, please do not hesitate to contact Mr. Bowen or the undersigned.

Bobby L. Webb
President/CEO

BLW/jc

SPEC 00037

CHART NUMBER ONE

## SPECIALIZED TRANSPORT INVOICES:
## ALREADY PAID

### TOTAL ALREADY PAID: $8,415.79

*Eliminate*

| Initial | | Invoice No. | Invoice Date | Bill Lading No. | Amount | Status 9/3/03 | Specialized Transport Response |
|---------|---|-------------|--------------|-----------------|--------|---------------|-------------------------------|
| DR | 1 | ZH25452 | 1/2/02 | | $692.90 | Paid CK#1000435396 (2/12/03) | No Payment Made Zephyrhills Check #1000435396 Is not accountable. Show proof of remittance |
| BW | 2 | ZH28583 | 6/5/02 | | $1575.00 | Storage charges for 4 trailers were included as part of May '02 lease of 40 trailers. ST should have voided this double billing | See Exhibit C Attachment #1 |
| BW | 3 | ZH29204 | 7/31/02 | | $1575.00 | Storage charges for 4 trailers were included as part of May '02 lease of 40 trailers. ST should have voided this double billing | See Exhibit C Attachment #1 |
| DR | 4 | ZH29295 | 8/7/02 | | $1575.00 | Storage charges for 4 trailers were included as part of May '02 lease of 40 trailers. ST should have voided this double billing | See Exhibit C Attachment #1 |
| DR | 5 | ZH30577 | 10/30/02 | | $25.00 | Paid CK#784816 (4/4/02) | Closed included in line #7 below |
| DR | 6 | ZH31090 | 3/5/03 | 1013564 | $502.63 | Paid CK # 768386 (3/19/03) | No Payment Made See Exhibit F Attachment #1, copy of check Ck# 768386/ remittance |
| DR | 7 | ZH31113 | 3/26/03 | 886739 886754 | $475.00 | Paid CK# 784816 (4/4/03) | Short Paid Amount billed $850, Amount Paid $375, Amount Short $475 See Exhibit F Attachment #2, copy of invoice ZH31113 and check Ck# 784816/ remittance |
| DR | 8 | ZH31093 | 3/26/03 | 1014504 1024506 | $880.70 | Paid CK # 780980 (3/31/03) | No Payment Made See Exhibit F Attachment #3, copy of check Ck# 780980/ remittance |
| DR | 9 | ZH31132 | 4/9/03 | 1046010 1046012 | $874.56 | Paid CK # 798530 (4/16/03) | No Payment Made See Exhibit F Attachment #4, copy of check Ck# 798530/ remittance |
| DR | 10 | ZH31134 | 4/9/03 | | $240.00 | Paid CK# 5800064 (9/13/02) for $150.00 CK#826764 (5/14/03) for $50 and CK#665616 (12/4/02) for $90. Multiple payments are attributable to ST Billing errors | Closed |

*Closed*

*Status 12/3/03*

*Zephr Hills ???*

SPEC 00038

CHART NUMBER TWO

### SPECIALIZED TRANSPORT INVOICES:
### PARTIALLY PAID; BALANCE BEING PROCESSED FOR PAYMENT

### TOTAL ALREADY PAID: $1,865.00
### TOTAL AMOUNT IN PROCESS FOR PAYMENT: $1,910.00

| Initial | | Invoice No. | Invoice Date | Bill Lading No. | Amount | Status 9/3/03 | Specialized Transport Response |
|---|---|---|---|---|---|---|---|
| DR | 11 ✓ | ZH29701 | 9/4/02 | 882717 882720 | $850.00 | Paid $410 CK# 597319 (9/30/03); balance of $440 due | <u>No Payment Made</u> see Exhibit E Attachment #1, copy of check ck #597319/ remittance |
| DR ✓ | 12 Close 10/24/06 | ZH30163 | 9/25/02 | 897732 | $150.00 | Paid $225 CK #607949 (10/9/02);balance of $150 due | <u>No Payment Made</u> see Exhibit E Attachment # 2, copy of check Ck# 607949/ remittance |
| DR ✓ | 13 Close 10/24/06 | ZH31114 | 3/26/03 | 896165 896167 | $850.00 | Paid $410 CK# 617165 (10/18/02); $440 due | <u>No Payment Made</u> see Exhibit E Attachment # 3, copy of check Ck# 617165/ remittance |
| DR ✓ | 14 Close 10/24/06 | ZH31115 | 3/26/03 | 896164 896168 | $850.00 | Paid $410 CK #617165 (10/18/02); $440 due | <u>No Payment Made</u> see Exhibit E Attachment # 3, copy of check Ck#617165/ remittance |
| DR | 15 | ZH31116 | 3/26/03 | 917582 917583 | $850.00 | Paid $410 on CK#617165 (10/18/02); $440 due | <u>No Payment Made</u> see Exhibit E Attachment # 3, copy of check Ck# 617165/ remittance |



SPEC 00039

# Attachment #1

# (Exhibit "A")

SPEC 00040

TO: ALL PERRIER/ZEPHYRHILLS CARRIERS (FLORIDA)          July 21, 1998
cc:      CASS

FROM:  Sherry Clise

SUBJECT:  Freight payment through CASS

<u>Locations & Contacts</u>

The following guidelines are designed to facilitate our new relationship(s) for handling freight in Florida, for Perrier, USA.  The Perrier Facility in Florida is:

Zephryhills Bottling Plant          Location #01
4330 20ᵗʰ Street                      Contact:  Dennis Bernier
Zephyrhills, FL 33540                Phone:  813 783-1959 x246      Fax 813 783-3124

Zephyrhills Bottling Plant           Location #01 (club stores)
4330 20ᵗʰ Street                      Contact:  Lori Smith
Zephyrhills, FL 33540                Phone:  813 783-1959 x274      Fax 813 783-3124

<u>Dispatch</u>

Loads will be dispatched on Exhibit 1 for Zephyrhills.  The Zephyrhills Dispatchers will complete the WRN# (Bill of Lading Number), Customer PO#, Consignee. City, State, Number of Pallets, Cases, Weight and the Required Delivery Date and fax to you.  Within 2 hours of receipt you need to fax back the Dispatch Sheet with the appropriate appointment date and time information.  The Zephyrhills Dispatcher will then call to confirm your pick-up appointment time at the Plant Dock.  If you cannot cover the loads, please immediately call the Zephyrhills Dispatcher.

<u>Freight Billing</u>

All Freight Bills should be mailed to:

                    The Perrier Group of America
                    c/o CASS Information Systems
                            P.O. Box 6542
                    Chelmsford, MA  01824-0942

A single freight bill is required for each shipment, fully detailing all usual fees.  Subsequent freight charges will be rejected unless supported by proper authorization forms.  *All Unusual fees must be pre-approved by the shipping Dispatcher and a copy of the Approval Form (exhibit 2) must accompany the freight bill.*  All freight bills must have a Calistoga Bill of Lading attached.  Only <u>Out-Bound</u> freight is paid by CASS.

All charges must be presented to Calistoga within 90 days of the date of shipment.

<u>Usual Fees</u>
Linehaul Transportation
Stop-off & Circuity
Fuel Surcharge
Pallet Attrition

SPEC 00041

# Attachment #2

# (Exhibit "A")

SPEC 00042

# DISPATCH

The following guidelines are designed to facilitate our new relationships for handling freight in Florida, for Perrier, USA. The Perrier facility in Florida is : Zephyrhills Spring Water Company

| Contacts | Position | Phone # | Fax # | e-mail |
|---|---|---|---|---|
| oel Adams | Distribution Manager | 813-783-1959 Ext.235 | 813-783-3124 | jmadams@perriergroup.com |
| Wade Thomas | Logistics Supervisor | 813-783-1959 Ext.230 | 813-783-3124 | wthomas@perriergroup.com |
| om Seal | Transportation Dispatch | 813-783-1959 Exr.274 | 813-783-3124 | tseal@perriergroup.com |
| ew Marion | Transportation Dispatch | 813-783-1959 Ext.246 | 813-783-3124 | lmarion@perriergroup.com |
| hristy McIntyre | Finance | 813-783-1959 Ext.233 | 813-783-3124 | cmcintyre@perriergroup.com |

**isp    ing Procedures**

enders will be dispatched via fax on the template labeled Exhibit 1. The Zephyrhills dispatch will complete the following information on the ispatch template : Order # or B.O.L #, Customer Name, City, State, Origin, Delivery Date, Delivery Time (only on certain customers), Purchase rder Number (customer's order number), Customer Phone Number, Pallets, Cases, and Payload Weight. PLEASE NOTE THAT ALL ARRIERS SHOULD SEND IN EQUIPMENT THAT WILL BE ABLE TO SCALE 46,500 LBS WITH A 53' TRAILER, REGARDLESS OF HE PAYLOAD INDICATED ON THE LOAD TENDER SHEET!

ll tenders   ill be dispatched 2-3 days prior to shipping. Once tenders are faxed to your dispatch we expect a response within 4 hours. Your sponse wi    eed to follow this procedure : Fill in the appropriate fields on the dispatch template, this includes pick up date and pick up time as ell as delivery date and time if needed.

te:

   If there is no pre assigned delivery time the carrier is responsible for securing an appointment time. The carrier is absolutely not permitted to schedule an appointment past the delivery date indicated on the TENDER template. If the customer requests a delivery past the indicated date contact dispatch at Zephyrhills.

   All tenders are live loading, no drop unauthorized trailers are permitted and will be towed at carriers expense

natu

e

**SPEC 00043**

# USUAL AND UNUSUAL FEES

The following guidelines are designed to facilitate our new relationships for handling freight in Florida, for Perrier, USA. The Perrier facility in Florida is : Zephyrhills Spring Water Company

| Usual Fees | Unusual Fees |
|---|---|
| Linehaul Transportation | Detention |
| | Lumper |
| | Layover |
| | Reconsignment / Diversion |
| | Re-Delivery |
| | Truck Order Not Used |

### Accessorial Authorization

Usual fees do not require additional authorization. In the event an unusual fee needs to be charged, you must have the fee pre-approved by a Zephyrhills dispatcher prior to submitting them for payment. The specific types of charges requiring pre-approval are detailed above as "unusual fees". The attached form labeled as exhibit 2 must be completed legibly and forwarded via fax to Zephyrhills Spring Water Co. for approval. You must then attach the approved accessorial charge request form to the freight bill and submit to CASS for payment. Requests for fees not published or previously agreed to will be rejected. Freight bills with unusual charges must have a copy of the Zephyrhills Bill of Lading attached and an approved Accessorial Charge Request form. NO OTHER FORMS OR PROCEDURES ARE ACCEPTABLE. Any accessorial requests for detention compensation must include a copy of the B.O.L which includes signatures by the driver and receiver stating time of appointment, arrival, and departure. If we do not receive a copy of the B.O.L your request will be denied. Lumper accessorials will also need to be accompanied by a receipt which includes signatures by the driver and lumper.

### Second Billing

Every effort must be made to present all charges in a single freight bill transaction. In the event that additional charges are realized after the initial billing, they must be pre-approved prior to submitting them for payment. There is a strict audit policy in place that prohibits any second payment for which has already been processed. Second billings may only be processed for new charges which were not previously paid, pre-approval will not change this. Second billing approvals must be presented within 10 days of final delivery. Follow the accessorial authorization process, as stated, to obtain necessary approvals.

SPEC 00044

## RATE CONTRACTS

The following guidelines are designed to facilitate our new relationships for handling freight in Florida, for Perrier, USA. The Perrier facility in Florida is : Zephyrhills Spring Water Company

Zephyrhills requires all rates to be on a contract basis.  The carrier as well as the Zephyrhills transportation supervisor needs to sign off on any rates proposed.  If a rate is submitted and both signatures are not indicated the rate proposal the rate will not be effective.

All rates submitted must and will be based upon an origin and a three digit zip code for destination, and  rates should be submitted on a per trip basis not a per mile basis.

gna

ate

SPEC 00045

# FREIGHT PAYMENTS

The following guidelines are designed to facilitate our new relationships for handling freight in Florida, for Perrier, USA. The Perrier facility in Florida is : Zephyrhills Spring Water Company

Invoicing for services rendered by carrier must be submitted through the following :

> The Perrier Group of America
> C/O CASS Information Systems
> P.O. Box 6542
> Chelmsford, Ma. 01824-0942

A single freight bill is required for each shipment, fully detailing all usual fees. Subsequent freight charges will be rejected unless supported by proper authorization forms. ALL UNUSUAL FEES MUST PRE-APPROVED BY ZEPHYRHILLS DISPATCH AND A COPY OF THE APPROVAL FORM MUST ACCOMPANY THE FREIGHT BILL WITH AN AUTHORIZED SIGNATURE. THE APPROVAL FORM IS LABELED AS EXHIBIT 2.

## Freight Payment Submission

Always reference the Zephyrhills Bill of Lading number. The invoice must reflect the original line haul amount and extra charges if any. The Bill of Lading must be signed by shipper and receiver as proof of delivery.

## Note:

- All Charges must be presented to Zephyrhills within 90 days of the date of shipment
- Only outbound freight is paid by CASS

## Contacts

Sheila DiBona    978-323-6771    Email sadibona@cassinfo.com
Shelia is the central contact person for Zephyrhills Bottled Water.

Freight payment status may also be checked by dialing 314-506-5959.

Sign

Date



**Nestle waters**

*Carrier Meeting*

*Florida Region*

*December 2002*

NORTH AMERICA

SPEC 00047

# Invoicing



- **All carriers should be set up for EDI invoicing.**
  - Payment should take no longer than 15 days

- All accessorials must be sent to Zephyrhills first for approval and coding.
  - Send the final haul charge directly to Cass
  - Send accessorial charges to Zephyrhills for approval prior to billing Cass
  - Send approved accessorial on to Cass for payment

- **Work within 6 month time frame**
  - 60-90 day old billing issues need immediate attention
  - Any bill older than 180 days will not receive attention

SPEC 00048



# Returns

- **Communication**
  - Must get disposition from customer service on all refused product.
  - After hours call warehouse supervisor on duty

- **Pricing**
  - Carrier can bill half the line haul.
  - Exceptions??

- **Return must be made within 2 business days of original delivery (exceptions can be made with written approval)**

## Nestle Waters
### NORTH AMERICA

SPEC 00049

# Attachment #3

# (Exhibit "A")

SPEC 00050

**.rles Carver**

.m:                    Charles Carver [ccarver@specializedtransport.us]
:nt:                   Tuesday, January 21, 2003 6:20 PM
                       'THeacox@PerrierGroup.com'
_bject:                RE: old invoices

Any news?

Thx.

        -----Original Message-----
        **From:  THeacox@PerrierGroup.com [SMTP:THeacox@PerrierGroup.com]**
        **Sent:**  Tuesday, January 21, 2003 5:49 AM
        **To:**    ccarver@specializedtransport.us
        **Subject:**     RE: old invoices

        Christy - Has been researching.  I'll get with her after lunch and then I'll
        get with you.

        Terri K. Heacox
        Transportation Resource
        Zephyrhills Spring Water -Nestle Waters North America Inc.
        813-783-1959 ext.239

        -----Original Message-----
        From: Charles Carver [mailto:ccarver@specializedtransport.us]
        Sent: Monday, January 20, 2003 3:26 PM
        To: Terri Heacox (E-mail)
        Subject: old invoices

        Any update?

        Thx

SPEC 00051

arles Carver

| | |
|---|---|
| m: | Charles Carver [ccarver@specializedtransport.us] |
| nt: | Monday, January 27, 2003 1:11 PM |
| | Terri Heacox (E-mail); Brian Boermeester (E-mail) |
| bject: | update |

Is there any update on our outstanding invoices, both damage and non-damage?

Thanks.
Charlie

SPEC 00052

## Charles Carver

From:        Charles Carver [ccarver@specializedtransport.us]
Sent:        Wednesday, January 29, 2003 6:56 PM
Subject:     'BBoermeester@PerrierGroup.com'
             RE: Not to nag

Fair enough, did you need one with specific information or can I send a generic copy?

-----Original Message-----
**From:   BBoermeester@PerrierGroup.com [SMTP:BBoermeester@PerrierGroup.com]**
**Sent:**   Wednesday, January 29, 2003 12:34 PM
**To:**     ccarver@specializedtransport.us
**Subject:**      RE: Not to nag

How about I'll process them as soon as I get an update of your insurance!?

Brian Boermeester
Regional Transportation Manager
Phone: 813-783-1959
Cell:  813-714-0300
Email:  bboermeester@perriergroup.com

-----Original Message-----
From: Charles Carver [mailto:ccarver@specializedtransport.us]
Sent: 1/29/03 02:53 PM
To: Brian Boermeester (E-mail)
Subject: Not to nag

I know that you and Terri have been working on the pile of stuff we dropped on you and I think I have remained patient. But could you at least a rough time frame for resolution to placate the questions I keep getting?

Thanks
Charlie

1

SPEC 00053

## Charles Carver

| | |
|---|---|
| From: | Charles Carver [ccarver@specializedtransport.us] |
| ent: | Tuesday, April 01, 2003 5:57 PM |
| | David Rivera (E-mail) |
| ubject: | FW: Missing POD Report thru 03/28/03 |

-----Original Message-----
From:  **LPolojac@PerrierGroup.com [SMTP:LPolojac@PerrierGroup.com] <mailto:**
    **[SMTP:LPolojac@PerrierGroup.com]>**
Sent:   Tuesday, April 01, 2003 10:52 AM
To:     jhehe@specializedtransport.us; ccarver@specializedtransport.us
Subject:    Missing POD Report thru 03/28/03



SDRN.xls

          <<SDRN.xls>>

Linda S. Polojac
Transportation
Administrative Assistant
Zephyrhills Spring Water-Nestle Waters North America Inc.
813-783-1959 ext. 271

1

SPEC 00054

| Plant | Delv_Num | Ord_Numb | Cust_R | Cus_Req | PGI_Dat | Inco | Cust_Name | City | State | SCAC | Carrier |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PZEP | 81583606 | 996740 | 2/10/03 | 7:00:00 | 2/9/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PEP | 81586662 | 998859 | 2/13/03 | 8:00:00 | 2/12/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| EP | 81586661 | 999585 | 2/13/03 | 8:00:00 | 2/13/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81586664 | 998861 | 2/13/03 | 8:00:00 | 2/13/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81586663 | 998862 | 2/13/03 | 9:00:00 | 2/12/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81592201 | 1002093 | 2/16/03 | 6:00:00 | 2/15/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81592216 | 1003863 | 2/17/03 | 9:00:00 | 2/15/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81602225 | 1009839 | 2/22/03 | 6:00:00 | 2/21/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81602434 | 1013564 | 2/24/03 | 4:00:00 | 2/24/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81618710 | 1024512 | 3/10/03 | 8:00:00 | 3/10/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81620576 | 1027110 | 3/12/03 | 10:00:00 | 3/11/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81621036 | 1027111 | 3/12/03 | 9:00:00 | 3/12/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81621938 | 1030461 | 3/14/03 | 6:00:00 | 3/13/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81624952 | 1031455 | 3/15/03 | 6:00:00 | 3/15/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81625438 | 1030463 | 3/15/03 | 7:00:00 | 3/14/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81625423 | 1028600 | 3/15/03 | 8:00:00 | 3/14/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81624789 | 1030458 | 3/17/03 | 7:00:00 | 3/15/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81625697 | 1031453 | 3/17/03 | 8:00:00 | 3/16/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81626091 | 1031466 | 3/18/03 | 6:00:00 | 3/17/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81626090 | 1031464 | 3/18/03 | 5:00:00 | 3/18/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81626089 | 1031461 | 3/18/03 | 4:00:00 | 3/17/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81626088 | 1031460 | 3/18/03 | 4:00:00 | 3/18/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81627788 | 1031462 | 3/19/03 | 8:00:00 | 3/19/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81627793 | 1032805 | 3/19/03 | 9:00:00 | 3/18/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81627792 | 1032101 | 3/19/03 | 8:00:00 | 3/19/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81627789 | 1031467 | 3/19/03 | 9:00:00 | 3/19/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| WLA6 | 81627446 | 1032804 | 3/20/03 | 8:00:00 | 3/19/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| WLA6 | 81627445 | 1032102 | 3/20/03 | 9:00:00 | 3/19/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81628888 | 1033174 | 3/20/03 | 9:00:00 | 3/19/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| EP | 81628889 | 1032808 | 3/20/03 | 8:00:00 | 3/19/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| ZEP | 81630431 | 1036320 | 3/21/03 | 10:00:00 | 3/21/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81630430 | 1036319 | 3/21/03 | 8:00:00 | 3/20/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81630429 | 1033581 | 3/21/03 | 9:00:00 | 3/21/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81630432 | 1036323 | 3/21/03 | 7:00:00 | 3/20/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81631457 | 1033580 | 3/22/03 | 7:00:00 | 3/21/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81631456 | 1033572 | 3/22/03 | 8:00:00 | 3/21/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81633084 | 1033573 | 3/23/03 | 5:00:00 | 3/22/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81633594 | 1036324 | 3/23/03 | 6:00:00 | 3/22/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81633093 | 1036318 | 3/24/03 | 8:00:00 | 3/22/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81633092 | 1036317 | 3/24/03 | 7:00:00 | 3/22/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81633598 | 1038348 | 3/24/03 | 6:00:00 | 3/24/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81633599 | 1038365 | 3/25/03 | 5:00:00 | 3/26/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81634701 | 1038368 | 3/25/03 | 7:00:00 | 3/25/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81634698 | 1038347 | 3/25/03 | 4:00:00 | 3/24/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81634697 | 1038351 | 3/25/03 | 5:00:00 | 3/24/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81634702 | 1038358 | 3/25/03 | 8:00:00 | 3/24/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81637862 | 1038356 | 3/27/03 | 7:00:00 | 3/26/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81637861 | 1038354 | 3/27/03 | 8:00:00 | 3/26/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81637860 | 1038350 | 3/27/03 | 7:00:00 | 3/25/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81637859 | 1038349 | 3/27/03 | 8:00:00 | 3/28/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81640091 | 1038353 | 3/28/03 | 6:00:00 | 3/28/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81640092 | 1039708 | 3/28/03 | 5:00:00 | 3/27/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81640201 | 1046019 | 3/28/03 | 8:00:00 | 3/28/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |
| PZEP | 81640202 | 1046020 | 3/28/03 | 7:00:00 | 3/27/03 | DEL | PUBLIX SUP | MIAMI | FL | SDRN | SPECIALIZED TRANSPORT |

SPEC 00055

# Attachment #4

# (Exhibit "A")

SPEC 00056

P.O. Box 2051
Milwaukee, WI 53201-2051

715 346-8962 Fax

**SENTRY**
INSURANCE®

August 11, 2003

Specialized Transport Of Tampa Bay Inc.
5614 Powhatan Avenue
Tampa FL 33610

RE: Our Insured - Specialized Transport
     Our Claim #- CTW299230 B2
     Date OF Loss – 11-20-2001
     Location       - Lakeland Fl  Theft

RECEIVED
AUG 1 8 2003
BY: ___

Dear Tracy,

This is in regards to the theft of a 2000 Stoughton trailer back on 11-20-2001. We have received your returned theft affidavit and can now move forward on this claim. I have tried to reach you by phone with out any success.

According to the policy this trailer had a stated value of $10,000 (or policy limits) minus your $1000 deductible, we are looking at settling this at $9000. Also please inform me of any lien holder and any amount owed to that lien holder.

What I need from you is the attached paper work filled out and returned to me along with the title to the trailer. Once that had been received a check will be sent.

If you have any questions or concerns please feel free to reach me at the numbers given below.

Sincerely,

SENTRY INSURANCE – TRANSPORTATION DIVISION

*Cathy Dobberfuhl*

Cathy Dobberfuhl
Claims Adjuster
P# 262-717-3121
Fax# 715-346-8690

cc:  259 First  Coast – Southeast Inc
        Agency Mail

**Serving members of the Sentry Insurance Group:**
Sentry Insurance a Mutual Company
Dairyland Insurance Company
Dairyland County Mutual Insurance Company of Texas

Sentry Life Insurance Company
Sentry Life Insurance Company of N.Y.

Middlesex Insurance Company
Patriot General Insurance Company
Sentry Select Insurance Company

**SPEC 00057**

# Attachment #5

# (Exhibit "A")

SPEC 00058

Specialized Transport of Tampa Bay, Inc.
5614 E. Powhatan Avenue
Tampa, FL 33610

Office #: (813) 628-9740
Facsimil : (813) 620-4448

Zepheyhills - Attn Charlie, Michelle + Cindy

| 1. | 2. | 3. | 4 | 5. |
|---|---|---|---|---|
| EXTREMELY DISSATISFIED | NOT SATISFIED | NEUTRAL | SATISFIED | VERY SATISFIED |

HOW SATISFIED ARE YOU WITH:

How well we respond to your needs? 5
2. Our handling of problem solving? 5
3. Competency of our drivers? 3
4. Courtesy of our drivers? 5
5. Our handling of damage claims? 4
6. Our pallet exchange? 5
7. Our level of professionalism extended to you and your customers? 5
8. Our overall service to you and your customers? 5

11. Please answer the following questions in the space provided. Feel free to attach additional comments on a separate sheet. (General comments on our trucking operation).

1. How can we improve our operations to meet your needs?
Driver Dependability is good/fair - But could be Driver to meet Dock Apts for loading better....

2. What can we do to keep our business secure and grow with you?
Increase # of drivers/trailers before Summer (Hurricane Season)

3. Any additional comments?
Missed loads are few & far between - but can always improve to "Zero" loads missed as a goal.

Overall - Your company does a great job

Thank you for cooperation

Cindy
Copeland

SPEC 00059



# SPECIALIZED TRANSPORT OF TAMPA BAY, INC.
4004 E. Columbus Drive
Tampa, Florida 33605
Telephone: (813) 626-4166

| 1. EXTREMELY DISSATISFIED | 2. NOT SATISFIED | 3. NEUTRAL | 4. SATISFIED | 5. VERY SATISFIED |
|---|---|---|---|---|

I.   HOW SATISFIED ARE YOU WITH:

1.   How well we respond to your needs?          5

2.   Our handling of problem solving?          5

3.   Competency of our drivers?          4

4.   Courtesy of our drivers?          4

5.   Our handling of damage claims?          5

6.   Our pallet exchange?          5

7.   Our level of professionalism extended
     to your customers?          4

8.   Our overall service to you and your
     customers?          4

II.   Please answer the following questions in the space provided.
      Feel free to attach additional comments on a separate sheet.

1.   GENERAL COMMENTS ON OUR TRUCKING OPERATION.   HOW CAN
     WE IMPROVE?   I Am very satisfied with the
     service I have received.

2.   WHAT MUST WE DO TO OBTAIN MORE BUSINESS FROM YOU?
     Nothing — you have our business.

3.   OTHER COMMENTS.
     I hope our business continues to grow
     so that we may use your services
     more.

**SPEC 00060**

**Specialized Transport of Tampa Bay, Inc.**
5614 E. Powhatan Avenue
Tampa, FL 33610

Office #: (813) 626-4166
Fax #: (813) 620-4448

DECEMBER 20, 1996

ZEPHRYHILLS - ATTN: CINDY, CHARLIE

| 1. | 2. | 3. | 4. | 5. |
|---|---|---|---|---|
| EXTREMELY DISSATISFIED | NOT SATISFIED | NEUTRAL | SATISFIED | VERY SATISFIED |

I. HOW SATISFIED ARE YOU WITH:

1. How well we respond to your needs?
2. Our handling of problem solving?
3. Competency of our drivers?
4. Courtesy of our drivers?
5. Our handling of damage claims?
6. Our pallet exchange?
7. Our level of professionalism extended to you and our customers?
8. Our overall service too you and your customers?

II.   Please answer the following questions in the space provided.  Feel free to attach additional comments on a separate sheet.  ( General comments on our trucking operation).

1. How can we improve our operations to meet your needs?
   *Keep empty trailers rotated more often for preloading.*

2. What can we do to keep our business secure and grow with you?

3. Any additional comments?
   *The service level when TOBLAS is on vacation, has improved over the last couple of years..   Cindy*

Thank you for your cooperation.

*Service is very satisfactory in ref. to Weyco. In a 7 month period you have only one incident.*

*Thank You! Nancy and Verri*

SPEC 00061

# Attachment #6

# (Exhibit "A")

SPEC 00062



SPEC 00063

## 5. ITEMIZED TRANSPORT START UP SUMMARY FOR ZEPHYRHILLS DOUBLES PROGRAM

| ITEM DESCRIPTION | % COMPLETE | COST |
|---|---|---|
| DOLLEY-CONVERTER # DC001 PURCHASE PRICE | 100% | $ 500.00 |
| TRANSPORTATION COST (64X4I) | 100% | $ 250.00 |
| REFURBISHMENT COST OF # DC001 | | |
| TIRES | 100% | $ 1,200.00 |
| BRAKES | 100% | $ 400.00 |
| P/M & LIGHTS | 100% | $ 30.00 |
| REPAIR AND REPLACE AIR LINES AND FITTINGS | 100% | $ 75.00 |
| RUST STOP AND PAINT | 100% | $ 200.00 |
| SUB-TOTAL OF # DC001 REFURBISHMENT | 100% | $ 1,905.00 |
| DOLLEY-CONVERTER # DC002 PURCHASE PRICE | 100% | $ 300.00 |
| TRANSPORTATION COST (64X4I) | 100% | $ 250.00 |
| REFURBISHMENT COST OF # DC002 | | |
| TIRES | 100% | $ 1,200.00 |
| BRAKES | 0% | $ 400.00 |
| P/M & LIGHTS | 100% | $ 30.00 |
| REPAIR AND REPLACE AIR LINES AND FITTINGS | 0% | $ 75.00 |
| STRUCTURAL IMPROVEMENTS | 0% | $ 250.00 |
| REPLACEMENT OF TONGUE PIVOT PINS | 0% | $ 500.00 |
| REPAIR/ REPLACE BRAKE CHAMBERS (4) | 0% | $ 320.00 |
| REPAIR/ REPLACE BRAKE CAMS AND BUSHINGS (4) | 0% | $ 100.00 |
| RUST STOP AND PAINT | 0% | $ 200.00 |
| SUB-TOTAL OF #DC002 REFURBISHMENT | 33% | $ 3,075.00 |
| RENTAL TRAILER W/ PINTLE HOOK, XTRA LEASE ($275/ MO X 3 MONTHS) | | $ 825.00 |
| DRIVER CERTIFICATION (TURNPIKE REQUIREMENT) $50/ DRIVER X 10 DRIVERS | 100% | $ 500.00 |
| TAIL SHUTTLE DRIVER SINGLE TRIP INEFFICIENCIES ($100/ TRIP) | | $ |
| SURPASS TRANSMITTERS ($30 EACH X 10) | 20% | $ 300.00 |
| 48" TRAILER PURCHASE PRICE ($7500 EACH X 20) | 70% | $ 150,000.00 |
| PINTLE TRAILER CONVERSION/ PINTLE HOOK ASSEMBLY ($1200/ TRAILER X 10 TRAILERS) | 15% | $ 12,000.00 |
| TRACTOR PURCHASE PRICE ($40,000 EACH X 10) | 100% | $ 400,000.00 |
| TRACTOR REPAIRS AND P/M (TIRES, BRAKES, BODY REPAIR & PAINT-2500 EA X 10) | 85% | $ 25,000.00 |
| TOTAL START UP EXPENSES | | $ 594,905.00 |

PENDING COSTS
ADDITIONAL DOLLEY-CONVERTERS              TO BE DETERMINED

SPEC 00064

# Attachment #1
## (Exhibit B)

- Specialized Transport followed procedures – see contractual requirement in Attachment #2 for procedural requirements in regards to accessorial authorization.

- Specialized Transport has been doing business with NWNA and is very familiar with return load requirements.

- NWNA accepted return product.

SPEC 00065

# Attachment #2

# (Exhibit "B")

SPEC 00066

## US  LAND UNUSUAL FEES

he following guidelines are designed to facilitate our new relationships for handling freight in Florida, for Perrier, USA. The Perrier facility in lorida is : Zephyrhills Spring Water Company

sual Fees

inehaul Transportation

**Unusual Fees**

Detention
Lumper
Layover
Reconsignment / Diversion
Re-Delivery
Truck Order Not Used

### ccessorial Authorization

ual fees do not require additional authorization. In the event an unusual fee needs to be charged, you must have the fee pre-approved by a phyrhills dispatcher prior to submitting them for payment. The specific types of charges requiring pre-approval are detailed above as "unusual s". The attached form labeled as exhibit 2 must be completed legibly and forwarded via fax to Zephyrhills Spring Water Co. for approval. u must then attach the approved accessorial charge request form to the freight bill and submit to CASS for payment. Requests for fees not olished or previously agreed to will be rejected. Freight bills with unusual charges must have a copy of the Zephyrhills Bill of Lading attached i     roved Accessorial Charge Request form. NO OTHER FORMS OR PROCEDURES ARE ACCEPTABLE. Any accessorial requests dea     n compensation must include a copy of the B.O.L which includes signatures by the driver and receiver stating time of appointment, ival, and departure. If we do not receive a copy of the B.O.L your request will be denied. Lumper accessorials will also need to be ompanied by a receipt which includes signatures by the driver and lumper.

### ond Billing

ry effort must be made to present all charges in a single freight bill transaction. In the event that additional charges are realized after the initial ing, they must be pre-approved prior to submitting them for payment. There is a strict audit policy in place that prohibits any second payment which has already been processed. Second billings may only be processed for new charges which were not previously paid, pre-approval will change this. Second billing approvals must be presented within 10 days of final delivery. Follow the accessorial authorization process, as ed, to obtain necessary approvals.

ata