# EXHIBIT H

# NESTLÉ WATERS NORTH AMERICA INC.
### 777 WEST PUTNAM AVENUE
### P.O. BOX 2313 · GREENWICH, CT 06836-5091

*Judith J. Steckler*  
*Legal Department*

*Phone: (203) 629-7220*  
*Fax:    (203) 863-0250*

August 21, 2003

VIA FACSIMILE: (727) 781-2716  
CONFIRMATION VIA REGULAR MAIL

FOR SETTLEMENT  
PURPOSES ONLY

Paul H. Bowen, Esq.  
Paul H. Bowen, P.A.  
35111 US Highway 19 North  
~~Suite 302~~  
Palm Harbor, Florida 34684

    Re: **Specialized Transport**

Dear Mr. Bowen:

This will confirm last week's telephone conversation regarding the above referenced matter.

Your letter of July 18, 2003 regarding certain claims of Specialized Transport has been referred to me for handling and response.

In an effort to resolve this matter amicably, I would like to go through each of the claims set forth in your letter, starting with the allegedly open invoices referenced in your letter and on the two Statements of Account included with your letter. I have numbered the paragraphs below to correspond to the numbered paragraphs in your letter:

1 and 2. Invoices to Zephyrhills and to Nestle Waters North America. Enclosed are six charts that group the invoices in question into the following six categories:

(1) $8,415.79 of invoices that have already been paid;
(2) $1,865.00 of invoices that have been partially paid, the $1,910.00 balance of which is being processed for payment;
(3) $7,357.90 of invoices that are being processed for payment;
(4) $1,302.50 of invoices that have been rejected by NWNA because (a) no return authorization was obtained by Specialized Transport and (b) NWNA has no record of receiving returned product from Specialized Transport;
(5) $2,319.67 of invoices for which no proof of delivery and/or other substantiation has been submitted to NWNA by Specialized Transport; and
(6) $595.00 of disputed invoices.

NWNA 00044


EXHIBIT 24

Paul H. Bowen, Esq.
August 21, 2003
Page 2

As per our discussion, we have set up the enclosed charts so that they can be easily reviewed by Specialized Transport's Accounts Receivable Department.

Please note that Specialized Transport only recently provided the documentary support NWNA needed to pay the invoices that are now being processed for payment. With respect to the invoices listed on Chart Number Five, NWNA still has not received from Specialized Transport those proofs of delivery and other supporting documents necessary to pay the listed invoices. NWNA will process those invoices for payment upon receipt of such supporting documentation.

Please also note that in reviewing this matter, it has been brought to my attention that Specialized Transport owes NWNA $541.03 for loader fees, damaged products and product shortage, all as set forth on the enclosed letters dated July 23, 2001, October 7, 2002 and April 16, 2003, respectively, enclosed here without attachments. We would appreciate if Specialized Transport would look into and respond to these open charges.

3. <u>Trailer 5389, Vehicle Identification Number 1DW1A5323YS323836</u>. My understanding is that your letter is the first time that Specialized Transport has raised this issue with NWNA. No other information has been given to NWNA about this allegedly stolen trailer. We presume that Specialized Transport has filed a police report and filed an insurance claim for this trailer. Please provide detailed information so that we may better analyze this claim.

4. <u>Removal of Specialized Transport's Trailers</u>. After a heated telephone conversation in which Specialized Transport threatened NWNA with legal action after repeatedly demanding payment for allegedly damaged trailers it could not provide for inspection, and for which it had not provided documentary support, NWNA contacted Mr. Carver at Specialized Transport and requested that Specialized Transport remove its trailers from the Zephyrhills' facility. Mr. Carver agreed without argument.

5. <u>Specialized Transport's Bid Package</u>. Third parties entering Zephyrhills' property can clearly see other delivery trucks and, if applicable, the names on those trucks of other truckers who may do business with NWNA's Zephyrhills' facility. NWNA has no control over third parties who may have contacted Specialized Transport for its information. NWNA denies that it provided Specialized Transport's bid package to third parties.

Paul H. Bowen, Esq.
August 21, 2003
Page 3

I would appreciate if you would contact me once you and Specialized Transport have had a chance to review this letter and the enclosures so that we may continue our efforts to resolve this matter amicably. Thank you.

Very truly yours,

Judith J. Steckler
Legal Department

NWNA 00046

Prepared August 21, 2003

## CHART NUMBER ONE

## SPECIALIZED TRANSPORT INVOICES:
## ALREADY PAID

## TOTAL ALREADY PAID: $8,415.79

| Invoice No. | Invoice Date | Amount | Status |
|---|---|---|---|
| ZH25452 | 1/2/02 | $ 692.90 | Paid CK # 1000435396 (2/12/03) |
| ZH28583 | 6/5/02 | 1,575.00 | Storage charges for 4 trailers were included as part of a May '02 lease of 40 trailers. ST should have voided this double billing |
| ZH29204 | 7/31/02 | 1,575.00 | Storage charges for 4 trailers were included as part of a May '02 lease of 40 trailers. ST should have voided this double billing |
| ZH29295 | 8/7/02 | 1,575.00 | Storage charges for 4 trailers were included as part of a May '02 lease of 40 trailers. ST should have voided this double billing |
| ZH30577 | 10/30/02 | 25.00 | Paid CK # 784816 (4/4/02) |
| ZH31090 | 3/5/03 | 502.63 | Paid CK # 768386 (3/19/03) |
| ZH31113 | 3/26/03 | 475.00 | Paid CK # 784816 (4/4/03) |
| ZH31093 | 3/26/03 | 880.70 | Paid CK # 780980 (3/31/03) |
| ZH31132 | 4/9/03 | 874.56 | Paid CK # 798530 (4/16/03) |
| ZH31134 | 4/9/03 | 240.00 | Paid CK # 5800064 (9/13/02) for $150. CK#826764 (5/14/03) for $50 and CK#665616 (12/4/02) for $90. Multiple payments are attributable to ST billing errors. |

NWNA 00047

Prepared August 21, 2003

## CHART NUMBER TWO

### SPECIALIZED TRANSPORT INVOICES:
### PARTIALLY PAID; BALANCE BEING PROCESSED FOR PAYMENT

TOTAL AMOUNT ALREADY PAID:     $1,865.00
TOTAL AMOUNT IN PROCESS FOR PAYMENT: $1,910.00

| Invoice No. | Invoice Date | Amount | Status |
|---|---|---|---|
| ZH29701 | 9/4/02 | 850.00 | Paid $410 CK # 597319 (9/30/03); balance of $440 due |
| ZH30163 | 9/25/02 | 150.00 | Paid $225 CK # 607949 (10/9/02); balance of $150 due |
| ZH31114 | 3/26/03 | 850.00 | Paid $410 CK # 617165 (10/18/02); $440 due |
| ZH31115 | 3/26/03 | 850.00 | Paid $410 CK # 617165 (10/18/02); $440 due |
| ZH31116 | 3/26/03 | 850.00 | Paid $410 on CK # 617165 (10/18/02); $440 due |

NWNA 00048

2

Prepared August 21, 2003

## CHART NUMBER THREE

## SPECIALIZED TRANSPORT INVOICES:
## APPROVED FOR PAYMENT AND IN PROCESS

## TOTAL AMOUNT IN PROCESS FOR PAYMENT: $7,357.90

| Invoice No. | Invoice Date | Amount | Status |
|---|---|---|---|
| ZH25300 | 12/12/01 | $ 2,278.61 | Processing payment |
| ZH26820 | 2/6/02 | 1,575.00 | Processing payment |
| ZH28265 | 6/19/02 | 234.29 | Processing payment |
| ZH28411 | 7/3/02 | 220.00 | Processing payment |
| ZH30907 | 12/11/02 | 850.00 | Processing payment |
| ZH30908 | 12/11/02 | 225.00 | Processing payment |
| ZH30916 | 12/11/02 | 375.00 | Processing Payment |
| ZH31019 | 1/29/03 | 864.52 | Statement & invoice differ; statement shows $864.52, but invoice shows $375; processing payment for $375 |
| ZH31029 | 2/12/03 | 475.00 | Processing Payment |
| ZH31040 | 2/19/03 | 375.00 | Processing Payment |
| ZH31063 | 2/26/03 | 375.00 | Processing Payment |

NWNA 00049

Prepared August 21, 2003

## CHART NUMBER FOUR

### SPECIALIZED TRANSPORT INVOICES:
### NO RETURN AUTHORIZATION/EXCEPTION/ACCESSORIAL

### TOTAL AMOUNT: $1,302.50

| Invoice No. | Invoice Date | Amount | Status |
|---|---|---|---|
| ZH27323 | 5/15/02 | $ 140.00 | No return authorization |
| ZH28943 | 7/3/02 | 77.50 | No return authorization |
| ZH29177 | 8/7/02 | 362.50 | No return authorization |
| ZH29886 | 9/11/02 | 587.50 | No return authorization |
| ZH29888 | 9/18/02 | 60.00 | No return authorization |

4

NWNA 00050

Prepared August 21, 2003

## CHART NUMBER FIVE

### SPECIALIZED TRANSPORT INVOICES: AWAITING PROOF OF DELIVERY/SUBSTANTIATION

### TOTAL AMOUNT: $2,319.67

| Invoice No. | Invoice Date | Amount | Status |
|---|---|---|---|
| ZH27476 | 5/15/02 | $ 150.00 | Product return –no authorization to return - no POD[1] |
| ZH27477 | 5/15/02 | 150.00 | Product return – no authorization to return – no POD |
| ZH24483 | 10/10/01 | 240.00 | ST has not provided POD's |
| ZH25666 | 1/23/02 | 200.79 | ST has not provided POD's |
| ZH25668 | 1/23/02 | 150.27 | ST has not provided POD's |
| ZH25672 | 1/23/02 | 200.79 | ST has not provided POD's |
| ZH25715 | 1/30/02 | 200.00 | ST has not provided POD's |
| ZH27794 | 6/5/02 | 290.32 | No documentation was produced by ST to substantiate the charges |
| ZH26722 | 4/10/02 | 202.50 | ST has not provided POD's |
| ZH26944 | 5/1/02 | 155.00 | ST has not provided POD's |
| ZH27691 | 5/29/02 | 25.00 | ST has not provided POD's |
| ZH28048 | 6/26/02 | 150.00 | ST has not provided POD's |
| ZH28262 | 6/26/02 | 155.00 | ST has not provided POD's |
| ZH29365 | 8/14/02 | 25.00 | ST has not provided POD's |
| ZH29366 | 8/14/02 | 25.00 | ST has not provided POD's |
| ZH29367 | 8/14/02 | 25.00 | ST has not provided POD's |
| ZH30277 | 10/2/02 | 25.00 | ST has not provided POD's |
| ZH30278 | 10/2/02 | 25.00 | ST has not provided POD's |
| ZH30742 | 11/13/02 | 25.00 | ST has not provided POD's |

---

[1] Proof of Delivery

Prepared August 12, 2003

## CHART NUMBER SIX

## SPECIALIZED TRANSPORT INVOICES:
## IN DISPUTE/OTHER

## TOTAL AMOUNT: $595.00

| Invoice No. | Invoice Date | Amount | Status |
|---|---|---|---|
| ZH26818 | 3/6/02 | $150.00 | Delivery & Pickup Charges for Spotter not agreed to |
| ZH27120 | 3/6/02 | 150.00 | Delivery & Pickup Charges for Spotter not agreed to |
| ZH27379 | 5/1/02 | 150.00 | Duplicate bill was voided per David Rivera at ST. |
| ZH26018 | 2/20/02 | 60.00 | No accessorial in system; paid for hauling load on ZH25990 $200 in CK 372506 |
| ZH29430 | 8/14/02 | 60.00 | No accessorial in system; paid for hauling on ZH29391 $150 on 9/13/02 CK # 580064 |

6

NWNA 00052