# EXHIBIT O

# NESTLÉ WATERS NORTH AMERICA INC.
777 WEST PUTNAM AVENUE
P.O. BOX 2313 · GREENWICH, CT 06836-5091

Judith J. Steckler
Legal Department

Phone: (203) 629-7220
Fax: (203) 863-0250

*[handwritten: Potential Letter Specialized Transport]*

December 2, 2003

VIA FACSIMILE: (727) 789-8278
CONFIRMATION VIA REGULAR MAIL

Paul H. Bowen, Esq.
Paul H. Bowen, P.A.
35111 US Highway 19 North
Suite 105
Palm Harbor, Florida 34684

Re: **Specialized Transport**

Dear Mr. Bowen:

This will confirm today's telephone conversation in which you informed me that you would not be responding to my letters of October 8, 2003 and October 22, 2003 in which I responded to, and raised questions about, Specialized Transport's claims.

Although I urge you to review my letters of October 8 and October 22, 2003 and continue our efforts to resolve this matter, I must confirm that NWNA hereby reserves all of its rights and remedies that it may have in this matter, both at law and in equity.

Thank you.

Very truly yours,

*[signature]*

Judith J. Steckler
Legal Department

NWNA 00075

EXHIBIT
31