EXHIBIT P

LAW OFFICES OF

# PAUL H. BOWEN, P. A.

P O BOX 2067
PALM HARBOR, FLORIDA 34682

December 5, 2003

35111 US HIGHWAY 19 NORTH
SUITE 105
PALM HARBOR, FLORIDA 34684
PHONE (727) 773-1554
FACIMILE (727) 789-8278

Nestle Waters
ATTN: Judith Steckler
Legal Department
P.O. Box 2313
Greenwich, Ct 06836-5091

DEC 11 2003

Re: Specialized Transport v. Nestle Waters
Accounts Receivables

Dear Ms. Steckler:

My client is making one more attempt to resolve this dispute. We have reviewed the latest two letters from your office. We had not responded to those letters because your statements are similar to the statements that we have heard in the past and do not resolve anything.

In your letter, you keep claiming that we have not provided Nestle with the POD or keep claiming that certain invoices were paid. This is not true. For example, Specialized presented to Nestle invoice ZH31090. That invoice has a bill of lading number associated with it. That bill of lading is numbered 1013564. The invoice is for $850.00. Cass is showing Specialized's unique invoice number associated with your bill of lading number. The only way Cass could make this association would be for Cass to have received both our invoice and the POD together. My client sends the invoice with the bill of lading. This is reflected in the on-line web-based accounts payable system where my client has verified this information. Thus, Cass has received the POD. The invoice has not been paid and there has not been any reason coming from your office as to why that invoice has not been paid. In addition, Specialized has provided (at least in five times) PODs directly to Nestle's billing office. Specialized has also sent by facsimile copies of the bill of ladings to Nestle's Zephyrhills plant. If your office needs those PODs, you will need to contact the Zephyrhills plant or Cass.

In the second paragraph of your October 22, 2003 letter, you question Exhibit 6 to Attachment A. The original document was created in June of 2002. My client executed that document and sent the original of that document to Nestle. Nestle agreed to the terms of the document and stated that the document would be sent to headquarters for signature. In the meantime, Nestle requested that my client proceed with the doubles project under the terms as set forth in the document. Since my client did not have the original version of the

NWNA 00076

REMIT CORRESPONDENCE    P.O BOX 2067   •   PALM HARBOR, FL 34682-2067

EXHIBIT
32

Ms. Steckler Letter
December 5, 2003
Page Two

document for its response, my client reproduced the document from its computer files and re-executed the document to reflect the actual document sent to Nestle, which was known to both parties in June of 2003.

The document relates to my client's claim for the start-up costs for the doubles project that Nestle requested. The parties agreed to pay start up costs in the amount of $585,000.00 if Nestle canceled the contract prematurely. Paragraph 1 of Article III of the agreement specifically states that Nestle will pay the start-up costs of Specialized if Nestle terminates the agreement. That paragraph also indicates that the start-up costs were $585,000.00 as reflected in the schedule "A" attached to the agreement. Nestle specifically agreed to that term. Nestle prematurely terminated the agreement before the agreement's expiration date. Thus, Nestle is responsible for the start-up costs pursuant to the agreement between the parties. I have enclosed an invoice dated October 1, 2003 that is the demand for the start-up costs. See Chart 7 attached.

In the third paragraph of your October 22, 2003 letter, you question Exhibit 2 to Attachment C. The original document was created in April of 2002. My client executed that document and sent that document to Nestle. Nestle agreed to the terms of the document and signed the document. Nestle requested that my client proceed with renting the trailers to Nestle under the terms of that agreement. Since my client did not have the original version of the document for its response, my client reproduced the document from its computer files and re-executed the document to reflect the actual document sent to Nestle, which was known to both parties in April of 2003.

I have enclosed an invoice dated October 1, 2003. This invoice represents the amount due to Specialized based on the fact that Specialized had to obtain the trailers after the cancellation of the lease agreement. Section 7 of the agreement indicates that the trailers were to be returned to Specialized. This was not done to the detriment of $8,000.00 to Specialized as reflected in the invoice. See Chart 7 attached.

### RESPONSE TO CHART ONE COMMENTS (your letter of October 22, 2003)

Invoice ZH25452 – Specialized agrees that this account is paid.

Invoice ZH28583 – This invoice was paid. However, there is another invoice 26280 was not paid. This invoice remains open and unpaid for $1,575.00. Specialized attributed the payment of 26280 to 28583.

NWNA 00077

Ms. Steckler Letter
December 5, 2003
Page Three

Invoices 29204 and 29295 — The trailers involved in these invoices were not returned to Specialized as agreed. Nestle still had possession and was using these trailers for July and August 2002. The other 40 trailers leased did not include the trailers involved in these invoices.

Invoice 30577 — Specialized agrees that it was paid.

Invoice 31090 — Nestle has one bill of lading number for two of Specialized's invoices. Nestle paid one, but did not pay the other, which was Invoice 31090. This invoice remains open due to a data entry problem at your end.

Invoice 31113 — There were two entries on this invoice. Nestle paid one of the entries, but the other for $475.00 was not paid. This portion of the invoice remains open and unpaid.

Invoice 31093 — Nestle's first response gave a payment by check 780980. Specialized showed that such payment did not occur under that check. Nestle came back with another check for payment. The Cass system still shows that we have not been paid under that check. The invoice remains open and unpaid.

Invoice 31132 — See Invoice 31093. The check numbers are 798530 and 806079. The Cass system shows that the invoice is still outstanding. In both of these invoices, Nestle's paperwork submitted to me on October 22, 2003 shows that the invoices are still open and unpaid. I do not believe that Specialized should incur attorney fees to keep stating the same facts.

Invoice 31134 — Specialized agrees that the invoice is now paid.

**RESPONSE TO CHART TWO COMMENTS (Your letter of October 22, 2003)**

Invoice 29701 — Specialized will not send the bills of ladings again. See Zephyrhills plant or Cass.

Invoices 31114, 31115, and 30163 — Specialized agrees that these invoices are now paid.

Invoice 31116 — Specialized will provide the invoice as requested.

NWNA 00078

Ms. Steckler Letter
December 5, 2003
Page Four

Nestle has not responded to any of the Specialized comments dated September 3, 2003 concerning the invoices in charts 3, 4, 5 and 6. Enclosed are updated versions of the charts. In addition, I have included with this letter, chart 7. I have included the invoices for that chart.

As Specialized has indicated previously, time is of the essence in this matter. Please respond by Friday, December 19, 2003. My client is interested in finalizing this matter and being paid before the end of the year. If not, I have been authorized to protect my client's rights by all means available to it. I cannot emphasize too much the need for a complete and accurate review of the claim.

If you have any questions concerning the above, please do not hesitate to contact me.

Sincerely,

Paul H. Bowen

NWNA 00079

NWNA 00079

## CHART NUMBER ONE

## SPECIALIZED TRANSPORT INVOICE STATUS

| # | Invoice # | Invoice Date | Bill Lading No. | Balance | Zephyrhills Response as of 8/21/03 | Status As of 12/03/03 | Specialized Transport Response as of 9/3/03 & 12/03/03 | Zephyrhills Response After 12/03/03 |
|---|---|---|---|---|---|---|---|---|
| 1 | ZH25452 | 1/2/02 | | $0 | Paid CK#1000435396 (2/12/03) | Closed | No Payment Made Zephyrhills Check #1000435396 Is not accountable. Show proof of remittance | |
| 2 | ZH28583 Replaced by invoice ZH26280 | 6/5/02 | | $1575.00 | Storage charges for 4 trailers were included as part of May '02 lease of 40 trailers. ST should have voided this double billing | Open | See Exhibit C Attachment #1 12/03/03-Invoice ZH28583 has been paid but money applied in error to invoice ZH26280. ZH26280 remains unpaid and due. | |
| 3 | ZH29204 | 7/31/02 | | $1575.00 | Storage charges for 4 trailers were included as part of May '02 lease of 40 trailers. ST should have voided this double billing | Open | See Exhibit C Attachment #1 | |
| 4 | ZH29295 | 8/7/02 | | $1575.00 | Storage charges for 4 trailers were included as part of May '02 lease of 40 trailers. ST should have voided this double billing | Open | See Exhibit C Attachment #1 | |
| 5 | ZH30577 | 10/30/02 | | $0.00 | Paid CK#784816 (4/4/02) | Closed | Closed included in line #7 below | |
| 6 | ZH31090 | 3/5/03 | 1013564 | $502.63 | Paid CK # 768386 (3/19/03) | Open | No Payment Made See Exhibit F Attachment #1, copy of check Ck# 768386/ remittance | |
| 7 | ZH31113 | 3/26/03 | 886739 886754 | $475.00 | Paid CK# 784816 (4/4/03) | Open | Short Paid Amount billed $850, Amount Paid $375, Amount Short $475 See Exhibit F Attachment #2, copy of invoice ZH31113 and check Ck# 784816/ remittance | |
| 8 | ZH31093 | 3/26/03 | 1014504 1024506 | $880.70 | Paid CK # 780980 (3/31/03) | Open | No Payment Made See Exhibit F Attachment #3, copy of check Ck# 780980/ remittance 12/03/03-CK#791083 does reference this invoice, but clearly indicates $0.00 as the payment amount, this invoice remains unpaid. | |
| 9 | ZH31132 | 4/9/03 | 1046010 1046012 | $874.56 | Paid CK # 798530 (4/16/03) | Open | No Payment Made See Exhibit F Attachment #4, copy of check Ck# 798530/ remittance 12/03/03-CK#806079 does reference this invoice, but clearly indicates $0.00 as the payment amount, this invoice remains unpaid. | |
| 10 | ZH31134 | 4/9/03 | | $0 | Paid CK# 5800064 (9/13/02) for $150.00 CK#826764 (5/14/03) for $50 and CK#665616 (12/4/02) for $90. Multiple payments are attributable to ST Billing errors | Closed | Closed | |
| | | | Total: | $7457.89 | | | | |

NWNA 00080

# SPECIALIZED TRANSPORT INVOICE
## STATUS

| | Invoice No. | Invoice Date | Bill Lading No. | Balance | Zephyrhills Response as of 8/21/03 | Status as of 12/3/03 | Specialized Transport Response as of 9/3/03 & 12/03/03 | Zephyrhills Response After 12/03/03 |
|---|---|---|---|---|---|---|---|---|
| 11 | ZH29701 | 9/4/02 | 882717 882720 | $440.00 | Paid $410 CK# 597319 (9/30/03); balance of $440 due | Open | No Payment Made see Exhibit E Attachment #1, copy of check ck #597319/ remittance 12/03/03-Invoice attached | |
| 12 | ZH30163 | 9/25/02 | 897732 | $0 | Paid $225 CK #607949 (10/9/02);balance of $150 due | Closed | No Payment Made see Exhibit E Attachment # 2, copy of check Ck# 607949/ remittance Added 12/3/03; Pd 10/29/03 | |
| 13 | ZH31114 | 3/26/03 | 896165 896167 | $0 | Paid $410 CK# 617165 (10/18/02); $440 due | Closed | No Payment Made see Exhibit E Attachment # 3, copy of check Ck# 617165/ remittance Added 12/3/03; Pd 10/29/03 | |
| 14 | ZH31115 | 3/26/03 | 896164 896168 | $0 | Paid $410 CK #617165 (10/18/02); $440 due | Closed | No Payment Made see Exhibit E Attachment # 3, copy of check Ck#617165/ remittance Added 12/3/03; Pd 10/29/03 | |
| 15 | ZH31116 | 3/26/03 | 917582 917583 | $440.00 | Paid $410 on CK#617165 (10/18/02); $440 due | Open | No Payment Made see Exhibit E Attachment # 3, copy of check Ck# 617165/ remittance 12/03/03-Invoice attached | |
| | | | Total: | $880.00 | | | | |

NWNA 00081

## SPECIALIZED TRANSPORT INVOICE
## STATUS

|  | Invoice No. | Invoice Date | Bill Lading No. | Balance | Zephyrhills Response as of 8/21/03 | Status as of 12/3/03 | Specialized Transport Response as of 9/3/03 & 12/03/03 | Zephyrhills Response After 12/03/03 |
|---|---|---|---|---|---|---|---|---|
| 16 | ZH25300 | 12/12/01 | N/A | $0 | Processing payment | Closed | Closed, Pd (8/26/03) | |
| 17 | ZH26820 | 2/6/02 | N/A | $0 | Processing payment | Closed | Closed, Pd (8/26/03) | |
| 18 | ZH28265 | 6/19/02 | N/A | $0 | Processing payment | Closed | Closed, Pd (8/26/03) | |
| 19 | ZH28411 | 7/3/02 | N/A | $0 | Processing payment | Closed | Closed, Pd (8/26/03) | |
| 20 | ZH30907 | 12/11/02 | 946203 945507 | $850.00 | Processing payment | Open | OPEN | |
| 21 | ZH30908 | 12/11/02 | 947407 | $225.00 | Processing payment | Open | OPEN | |
| 22 | ZH30916 | 12/11/02 | 948024 948019 | $0 | Processing payment | Closed | Closed; Pd 8/27/03 | |
| 23 | ZH31019 | 1/29/03 | 981909 981911 | $0 | Statement & invoice differ; statement shows $864.52, but invoice shows $375; processing payment for $375 | Closed | Closed; Pd 8/27/03 | |
| 24 | ZH31029 | 2/12/03 | N/A | $0 | Processing payment | Closed | Closed; Pd 2/19/03 | |
| 25 | ZH31040 | 2/19/03 | N/A | $0 | Processing payment | Closed | Closed; Pd 8/25/03 | |
| 26 | ZH31063 | 2/26/03 | N/A | $0 | Processing payment | Closed | Closed; Pd 8/25/03 | |
|  |  |  | Total: | $1075.00 |  |  |  |  |

Acronyms:
Open= Agreement without comment, waiting payment

NWNA 00082

CHART NUMBER FOUR

## SPECIALIZED TRANSPORT INVOICE
## STATUS

|    | Invoice No. | Invoice Date | Bill Lading No. | Balance | Zephyrhills Response as of 8/21/03 | Status as of 12/3/03 | Specialized Transport Response as of 9/3/03 & 12/03/03 | Zephyrhills Response After 12/03/03 |
|----|-------------|--------------|-----------------|---------|------------------------------------|----------------------|--------------------------------------------------------|-------------------------------------|
| 27 | ZH27323     | 5/15/02      | N/A             | $140.00 | No return authorization            | Open                 | See Exhibit B                                          |                                     |
| 28 | ZH28943     | 7/3/02       | N/A             | $77.50  | No return authorization            | Open                 | See Exhibit B                                          |                                     |
| 29 | ZH29177     | 8/7/02       | N/A             | $362.50 | No return authorization            | Open                 | See Exhibit B                                          |                                     |
| 30 | ZH29886     | 9/11/02      | N/A             | $587.50 | No return authorization            | Open                 | See Exhibit B                                          |                                     |
| 31 | ZH29888     | 9/18/02      | N/A             | $60.00  | No return authorization            | Open                 | See Exhibit B                                          |                                     |
|    |             |              | Total:          | $1227.50|                                    |                      |                                                        |                                     |

NWNA 00083

CHART NUMBER FIVE

## SPECIALIZED TRANSPORT INVOICE
## STATUS

|    | Invoice No. | Invoice Date | Bill Lading No. | Balance | Zephyrhills Response as of 8/21/03 | Status as of 12/3/03 | Specialized Transport Response as of 9/3/03 & 12/03/03 | Zephyrhills Response After 12/03/03 |
|----|-------------|--------------|-----------------|---------|-------------------------------------|----------------------|--------------------------------------------------------|-------------------------------------|
| 32 | Zh27476 | 5/15/02 | N/A | $150.00 | Product return - no authorization to return - no POD's | Open | See Exhibit B See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 33 | ZH27477 | 5/15/02 | N/A | $150.00 | Product return - no authorization to return - no POD's | Open | See Exhibit B See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 34 | ZH24483 | 10/10/01 | N/A | $240.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 35 | ZH25666 | 1/23/02 | N/A | $200.79 | ST Has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 36 | ZH25668 | 1/23/02 | N/A | $150.27 | ST Has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 37 | ZH25672 | 1/23/02 | N/A | $200.79 | ST Has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 38 | ZH25715 | 1/30/02 | N/A | $200.00 | ST Has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 39 | ZH27794 | 6/5/02 | N/A | $290.32 | No documentation was produced by ST to substantiate the charges | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 40 | ZH26722 | 4/10/02 | N/A | $202.50 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 41 | ZH26944 | 5/1/02 | N/A | $155.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 42 | ZH27691 | 5/29/02 | N/A | $25.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 43 | ZH28048 | 6/26/02 | N/A | $150.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 44 | ZH28262 | 6/26/02 | N/A | $155.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 45 | ZH29365 | 8/14/02 | N/A | $25.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 46 | ZH29366 | 8/14/02 | N/A | $25.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 47 | ZH29367 | 8/14/02 | N/A | $25.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 48 | ZH30277 | 10/2/02 | N/A | $25.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 49 | ZH30278 | 10/2/02 | N/A | $25.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
| 50 | ZH30742 | 11/13/02 | N/A | $25.00 | ST has not provided POD's | Open | See paragraph #1 of this letter to NWNA legal department dated September 3, 2003 | |
|    |         |          | Total | $2419.67 | | | | |

## CHART NUMBER SIX

## SPECIALIZED TRANSPORT INVOICE
## STATUS

|    | Invoice No. | Invoice Date | Bill Lading No. | Balance | Zephyrhills Response as of 8/21/03 | Status as of 12/3/03 | Specialized Transport Response as of 9/3/03 & 12/03/03 | Zephyrhills Response After 12/03/03 |
|----|-------------|--------------|-----------------|---------|------------------------------------|----------------------|--------------------------------------------------------|-------------------------------------|
| 51 | ZH26818 | 3/6/02 | N/A | $150.00 | Delivery & Pickup charges for Spotter not agreed to | Open | See Exhibit D | |
| 52 | ZH27120 | 3/6/02 | N/A | $150.00 | Delivery & Pickup charges for Spotter not agreed to | Open | See Exhibit D | |
| 53 | ZH27379 | 5/1/02 | N/A | $150.00 | Duplicate bill was voided per David Rivera at ST | Open | Closed | |
| 54 | ZH26018 | 2/20/02 | N/A | $60.00 | No accessorial in system; paid for hauling load on ZH25990 $200 in CK 372506 | Open | See Exhibit H | |
| 55 | ZH29430 | 8/14/02 | N/A | $60.00 | No assessorial in system; paid for hauling on ZH29391 $150 on 9/13/02 CK#580064 | Open | See Exhibit H | |
|    |         |        | Total | $570.00 | | | | |

## SPECIALIZED TRANSPORT 40 TRAILERS
## INVOICE STATUS

| | Invoice No. | Invoice Date | Bill Lading No. | Balance | Zephyrhills Response as of 8/21/03 | Status As of 12/3/03 | Specialized Transport Response as of 9/3/03 & 12/03/03 | Zephyrhills Response After 12/03/03 |
|---|---|---|---|---|---|---|---|---|
| 56 | Stolen Trailer | n/a | n/a | $17089.36 | OPEN | | open | |
| 57 | ZEP002141 | 10/1/03 | n/a | $8000 | No Response | | 40 Trailer Movement | |
| 58 | ZEP002142 | 10/1/03 | n/a | $6400 | N/A | | 32 Trailer Displacement | |
| 59 | Trailer Contract Misuse | TBD | n/a | TBD | N/A | | open | |
| 60 | ZEP002140 | 10/1/03 | n/a | $585000 | N/A | | Start-up Costs | |
| 61 | *Economic Business Loss Impact | TBD | n/a | TBD | N/A | | open | |
| 62 | | | | | | | | |
| 63 | | | | | | | | |
| 64 | | | | | | | | |
| 65 | | | | | | | | |
| | | | Total: | $616,489.36 | | | | |

*Brian Boesmeister with prejudice

# Specialized Transport
of Tampa Bay, Inc.
P.O. Box 310716
Tampa, Florida 33680-0716
(813) 626-4166   FAX (813) 620-4448

**INVOICE NO:** ZH31116

**BILL DATE:** 3/26/03

**Shipper:**
WLA6
COUNTY LINE ROAD WAREHOUSE
LAKELAND, FL

**Consignee:**
PUBLIX
MIAMI, FL   331

**Bill To:**
NESTLE WATERS OF NORTH AMERICA, INC.
P.O. BOX 6542
CHELMSFORD, MA   01824-0942

| Date: | B/L No: | Trailer No: | Reference: | Driver: | | | |
|---|---|---|---|---|---|---|---|
| 10/14/02 | 917582 | | M828869-05 | | | | |
| | 917583 | | M828869-04 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | BOTTLED WATER(917583) | | 0.0 LD | 0.0 | $475.00 /1 LD | $475.00 |
| 1 | BOTTLED WATER(917582) | | 0.0 LD | 0.0 | $375.00 | $375.00 |

**Total Freight Amount Owing:** $850.00

**Notes:**

# Specialized Transport
of Tampa Bay, Inc.
P.O. Box 310716
Tampa, Florida 33680-0716
(813) 626-4166  FAX (813) 620-4448

**INVOICE NO:** ZH26280

**BILL DATE:** 3/20/02

**Shipper:**
ZEP
ZEPHYRHILLS PLANT
ZEPHYRHILLS, FL

**Consignee:**
PUBLIX
MIAMI, FL  331

**Bill To:**
NESTLE WATERS OF NORTH AMERICA, INC.
P.O. BOX 6542
CHELMSFORD, MA  01824-0942

| Date: | B/L No: | Trailer No: | Reference: | Driver: |
|---|---|---|---|---|
| 3/12/02 | 735938 | 5381 5483 | M783121-06 | MARISCAL |

| | | | | |
|---|---|---|---|---|
| 1 | BOTTLED WATER | 0.0 LD | 0.0 LD | $475.00 / 1 LD  $475.00 |

Total Freight Amount Owing: $475.00

**Notes:**

NWNA 00088

# Specialized Transport
of Tampa Bay, Inc.
P.O. Box 310716
Tampa, Florida 33680-0716
(813) 626-4166   FAX (813) 620-4448

**INVOICE NO:** ZH29701

**BILL DATE:** 9/4/02

**Shipper:**
COUNTY LINE ROAD WAREHOUSE
5101 GREAT OAKS DRIVE
LAKELAND, FL 33801

**Consignee:**
PUBLIX
BOYNTON BEACH, FL 334

**Bill To:**
NESTLE WATERS OF NORTH AMERICA, INC.
P.O. BOX 6542
CHELMSFORD, MA 01824-0942

| Date:   | B/L No:          | Trailer No:  | Reference:             | Driver: |        |        |          |
|---------|------------------|--------------|------------------------|---------|--------|--------|----------|
| 8/27/02 | 882717<br>882720 | 4802<br>4805 | B818810-02<br>B818810-05 | GARCIA  |        |        |          |
|         |                  |              |                        |         |        |        |          |
| 1       | BOTTLED WATER(882717) |         |                        |         | 0.0    | 0.0    | $375.00   $375.00 |
| 1       | BOTTLED WATER(882720) |         |                        |         | 0.0    | 0.0    | $475.00   $475.00 |

**Notes:**

Total Freight Amount Owing: $850.00