# EXHIBIT Q

# NESTLÉ WATERS NORTH AMERICA INC.
777 WEST PUTNAM AVENUE
P.O. BOX 2313 · GREENWICH, CT 06836-5091

Judith J. Steckler
Legal Department

Phone: (203) 629-7220
Fax: (203) 863-0250

December 19, 2003

VIA FACSIMILE: (727) 789-8278
CONFIRMATION VIA REGULAR MAIL

Paul H. Bowen, Esq.
Paul H. Bowen, P.A.
35111 US Highway 19 North, Suite 105
Palm Harbor, Florida 34684

Re: **Specialized Transport**

Dear Mr. Bowen:

I am responding to your December 5, 2003 letter.

Far from making "one more attempt to resolve this dispute," as set forth in the opening line of your letter, Specialized Transport has increased its claim from $76,030, the amount set forth in your initial July 18, 2003 letter, to over $630,000, which represents an eight-fold increase. Specialized Transport's newly asserted claims for $585,000 in start-up costs and $8,000 in trailer return fees are based on two documents that you acknowledge were created by Specialized Transport in August, 2003, well after the dispute between our clients arose.

Nestle Waters has tried over the past five months to resolve this matter in good faith. Nestle Waters' efforts have included three letters and several pages of charts listing paid invoices. Nestle Waters has provided copies of historical documents, including those of third parties and, in at least one instance, Specialized Transport's own documents, showing that Nestle Waters has paid invoices Specialized Transport continues to insist are unpaid. Unfortunately, your December 5th letter, which sets forth Specialized Transport's intent to "document" its allegations with newly created, back dated, unsigned "agreements" and your intent to rely on those documents to support your client's claims, indicates that Nestle Waters has wasted its time.

Please be advised that Nestle Waters, after a full review of this matter, has determined that it has processed for payment those invoices for which Specialized Transport has provided appropriate supporting documentation. Nestle Waters

NWNA 00090



EXHIBIT 33

Paul H. Bowen, Esq.
December 19, 2003
Page 2

also remains ready to pay those invoices for which it receives appropriate supporting documentation from Specialized Transport.

Please be further advised that Nestle Waters reserves all of its rights and remedies that it may have in this matter, both at law and in equity, and will vigorously defend itself against, and seek sanctions and costs for, any claims it believes are frivolous or fraudulent.

Very truly yours,

Judith J. Steckler
Legal Department

NWNA 00091