```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

SPECIALIZED TRANSPORTATION OF TAMPA
BAY, INC.,

                    Plaintiff,

v.                                  Case No.   8:06-cv-421-T-33EAJ

NESTLE WATERS NORTH AMERICA, INC.,

                    Defendant.
_____/

## **ORDER**

This cause comes before the Court pursuant to Defendant Nestle Waters North America Inc.'s Motion in Limine to Limit the Trial Testimony of Dr. James Hines (Doc. # 103), which was filed on August 18, 2008.  Plaintiff Specialized Transportation of Tampa Bay, Inc., filed a response to a different motion in limine, but within such response, indicated that it did not object to the present motion in limine regarding Dr. Hines (Doc. # 105 at 2, n. 1).

Nestle's motion in limine concerning Dr. Hines seeks to limit Dr. Hines's testimony to the fact that "he delivered unidentified proofs of delivery." (Doc. # 103 at 4).  Specialized Transportation's response follows: "As to Nestle's Motion in Limine (Doc. # 103), Specialized Transportation does not object to limiting Dr. Hines's testimony to the delivery of invoices and proofs of delivery to Nestle and the conversations that occurred when those invoices and proofs of delivery were delivered." (Doc. #105 at 2, n. 1).

This Court will grant the unopposed motion in limine regarding Dr. Hines and will limit his testimony to the delivery of invoices and proofs of delivery to Nestle and the conversations that occurred when those invoices and proofs of delivery were delivered.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

(1) Defendant Nestle Waters North America Inc.'s Motion in Limine to Limit the Trial Testimony of Dr. James Hines (Doc. # 103) is **GRANTED.**

(2) Dr. Hines's testimony is limited to the delivery of invoices and proofs of delivery to Nestle and the conversations that occurred when those invoices and proofs of delivery were delivered.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of August, 2007.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record